**UNITED STATES of America,**
**Appellee,**

v.

**Bradley FAGAN, Defendant-Appellant,**

**16-3168-cr**

United States Court of Appeals,
Second Circuit.

January 31, 2017

FOR APPELLEE: Jordan Estes, Assistant United States Attorneys, for Preet Bharara, United States Attorney for the Southern District of New York, New York, NY.

FOR DEFENDANT-APPELLANT: Susan K. Marcus and Grainne E. O'Neill, Law Offices of Susan K. Marcus, New York, NY.

PRESENT: Ralph K. Winter, José A. Cabranes, Gerard E. Lynch, Circuit Judges.

## SUMMARY ORDER

Defendant-appellant Bradley Fagan appeals from an order denying him bail pending trial on an eight-count indictment charging, among other things, five counts of distributing and possessing with intent to distribute 50 grams or more of methamphetamine or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 812, 841(a)(1), and 841(b)(1)((A), and one count of possessing firearms in furtherance of a narcotics offense, in violation of 18 U.S.C § 924(c). After hearing argument on Fagan's bail application, the District Court denied Fagan's request, holding that he had failed to rebut the presumption that detention is appropriate pursuant to 18 U.S.C. § 3142(e)(2). The District Court considered the relevant factors, including (1) the nature of the charges, (2) Fagan's possession in his home of a loaded semiautomatic submachine gun and a loaded.38 caliber revolver, and (3) the strength of the government's case, and concluded that Fagan represented a danger to the community. *See United States v. Mercedes*, 254 F.3d 433, 436 (2d Cir. 2001). Upon careful review of the record, we conclude that the District Court did not err in denying Fagan's application for bail.

## CONCLUSION

We have considered all of the arguments raised by defendant-appellant on appeal and find them to be without merit. For the foregoing reasons, we **AFFIRM** the September 8, 2016 order of the District Court.